## PENNWICK CORP. *v.* KIRBY, DIRECTOR, DE-PARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA.

No. 325.   Decided October 14, 1968.

*Jacques Leslie* and *Lawrence Teplin* for appellant.

*Thomas C. Lynch,* Attorney General of California, and *Lynn Henry Johnson,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## TYRRELL *v.* CROUSE, WARDEN.

No. 59, Misc.   Decided October 14, 1968.

*Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth* and *Jon K. Sargent,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. In accordance with the concession by the respondent the judgment is reversed. *Peyton* v. *Rowe,* 391 U. S. 54.